# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Ger Lee,

          Petitioner,

Civil No. 16-cv-4270 (DSD/HB)

v.

Immigration Enforcement Customs ICE;
and Department of Homeland Security, DHS,

**ORDER ON REPORT AND RECOMMENDATION**

          Respondent.

      The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

      Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

      **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner Ger Lee's Petition under 28 U.S.C. § 2241 for Writ of Habeas Corpus [Doc No. 1] is **DISMISSED WITHOUT PREJUDICE** as to his *Zadvydas*, procedural due process, and bond hearing claims; and is **DISMISSED WITH PREJUDICE** as to his Speedy Trial Act claim.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 19, 2017         /s David S. Doty
                                            DAVID S. DOTY
                                            United States District Judge